■ JOSEPH F. BORRELLI, Appellant, v CHRISTINA BORRELLI, Respondent. [21 NYS3d 667]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered June 3, 2014. The order denied plaintiff's motion seeking to reopen the proof in this divorce action.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Centra, Peradotto and Carni, JJ.